453 A.2d 337

**Gerald F. GANTER, Appellant,**

**v.**

**COMMONWEALTH of Pennsylvania.**

Supreme Court of Pennsylvania.

Argued Dec. 8, 1982.

Decided Dec. 29, 1982.

Leonard J. Gajewski, Reading, for appellant.

Charles M. Guthrie, Jr., Asst. Dist. Atty., for appellee.

Before O'BRIEN, C.J., and ROBERTS, NIX, LARSEN, FLAHERTY, McDERMOTT and HUTCHINSON, JJ.

## ORDER

PER CURIAM.

Judgments of Sentence Affirmed.